Ernest Edward Badway, Esq.
Ryan N. Miller, Esq.
**FOX ROTHSCHILD LLP**
100 Park Avenue - Suite 1500
New York, New York 10017
Telephone:  212-878-7900
Fax:  212-692-0940
*Attorneys for Plaintiffs Verint Systems Inc. and Verint Americas Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERINT SYSTEMS INC. and VERINT AMERICAS INC.<br><br>Plaintiffs,<br><br>v.<br><br>Red Box Recorders LTD.<br><br>Defendant. | **Case No. 1:14-cv-05403-KBF**<br><br>**ECF Case**<br><br>**Document Electronically Filed** |

TO:   Jonathan Kohl, Esq.
      Senior Vice President, General Counsel,
      Corporate & Securities and
      Corporate Secretary
      Verint Systems Inc.
      175 Broadhollow Road
      Melville, NY 11747

      Deepro Mukerjee, Esq.
      Alston & Bird LLP
      90 Park Avenue
      15th Floor
      New York, NY 10016-1387
      *Attorneys for defendant RedBox Recorders Ltd.*

**COUNSEL:**

   **PLEASE TAKE NOTICE** that Fox Rothschild LLP, counsel for plaintiffs Verint

Systems Inc. and Verint Americas Inc. (collectively, "Verint" or "plaintiffs"), shall move before

the Honorable Katherine B. Forrest, United States District Judge, in the United States District Court for the Southern District of New York, 500 Pearl Street, Room 1950, New York, NY 10007, as soon as counsel may be heard, for an Order pursuant to Rule 1.4 of the Local Rules for the Southern and Eastern Districts of New York granting the withdrawal of Fox Rothschild LLP, as counsel for Verint in the above-referenced litigation, and for such other and further relief as the Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, counsel for plaintiffs shall rely upon the declaration of Joseph F. Posillico, Esq. of the law firm of Fox Rothschild LLP, and the supporting memorandum of law, with both documents to be filed under seal to permit *in camera* review by the Court and review by Verint personnel, but denying review by defendant.

**PLEASE TAKE FURTHER NOTICE** that, counsel for plaintiffs will further move this Court for a brief 30-day stay of the litigation so that Verint can engage new counsel to represent them in this matter.

**PLEASE TAKE FURTHER NOTICE** that, counsel for plaintiffs hereby requests oral argument if this Motion is opposed.

Dated: New York, New York
      January 17, 2017

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: /s/ Ernest E. Badway
    Ernest Edward Badway
    Ryan N. Miller
    100 Park Avenue, Suite 1500
    New York, New York 10017
    Telephone: 212-878-7986
    Facsimile: 212-692-0940
    ebadway@foxrothschild.com

and

Joseph F. Posillico (*pro hac vice*)
Frank T. Carroll (*pro hac vice*)

*Attorneys for plaintiffs*
*Verint Systems Inc. and Verint*
*Americas Inc.*

To: Jonathan Kohl, Esq.
    Senior Vice President, General Counsel,
    Corporate & Securities and
    Corporate Secretary
    Verint Systems, Inc.
    175 Broadhollow Road
    Melville, 11747

    Deepro Mukerjee, Esq.
    Alston & Bird LLP
    90 Park Avenue
    15th Floor
    New York, NY 10016-1387
    *Attorneys for defendant RedBox Recorders Ltd.*