UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
VERINT SYSTEMS INC., and VERINT
AMERICAS INC.,

        Plaintiffs and Counter Defendants,

        -v-

RED BOX RECORDERS LTD.,

        Defendant and Counter Claimant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 3, 2017

14-cv-5403 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

        The Court has reviewed the parties' submission at ECF 192 and appreciates their respective positions.

        This matter shall proceed in two back-to-back liability trials with two separate juries, each trial of not more than one week (four trial days) in duration. The first trial shall cover Claim 18 of U.S. Patent No. RE43,324 and Claim 27 of U.S. Patent No. RE43,386, and shall commence on **Monday, February 27, 2017**. The second trial shall proceed on the remaining claims the Monday immediately following the conclusion of the first trial. The final pretrial conference scheduled for

**Wednesday, February 22, 2017, at 1:00 p.m.** shall encompass material for both trials.

      SO ORDERED.

Dated:    New York, New York
            February 3, 2017

                                    KATHERINE B. FORREST
                                    United States District Judge