

Fox Rothschild LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000   Fax 215.299.2150
www.foxrothschild.com

JOSEPH F. POSILLICO
Direct Dial: 215-299-2902
Email Address: jposillico@FoxRothschild.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 7, 2017
```

February 6, 2017

**VIA ECF**

Honorable Katherine B. Forrest
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Verint Systems Inc. et al v. Red Box Recorders LTD., 1:14-cv-05403-KBF**

Dear Judge Forrest:

This firm represents Plaintiffs Verint Systems Inc. and Verint Americas Inc. (collectively, "Verint") in the above-referenced matter. We write jointly with Alston & Bird LLP, who represents Defendant RedBox Recorders Ltd. ("RedBox").

We are pleased to inform the Court that the parties appear to have reached an agreement in principle settling the present dispute. The parties are finalizing the details of the settlement agreement and associated papers, and expect to file a motion to dismiss this week. Accordingly, we request that the Court stay all deadlines in the present action pending the filing of the motion to dismiss. In the unlikely event that the parties are unable to finalize settlement, we will notify the Court immediately and no later than Wednesday, February 8, 2017.

The parties thank Your Honor for her consideration of this matter.

Very truly yours,

*Joseph F. Posillico*

Joseph F. Posillico

cc:   Counsel of Record (via ECF)

*Ordered*
The Court stays all deadlines between now and Feb. 10; however the trial date remains in place until the case is dismissed.

/s/ KBF
US DJ
2/7/17

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas