```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 16, 2017
```

Ernest Edward Badway, Esq.
Ryan N. Miller, Esq.
**FOX ROTHSCHILD LLP**
100 Park Avenue - Suite 1500
New York, New York 10017
Telephone: 212-878-7900
Fax: 212-692-0940
*Attorneys for Plaintiffs Verint Systems Inc. and Verint Americas Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERINT SYSTEMS INC. and<br>VERINT AMERICAS INC.<br><br>  Plaintiffs,<br><br>v.<br><br>Red Box Recorders LTD.<br><br>  Defendant. | Case No. 1:14-cv-05403-KBF<br><br>ECF Case<br><br>Document Electronically Filed<br><br>**STIPULATION AND [PROPOSED] ORDER**<br>**OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Federal Rule of Civil Procedure 41(a), and pursuant to a settlement agreement between the parties, all claims and counterclaims asserted in this action, by and between Plaintiffs, Verint Systems Inc. and Verint Americas Inc. (collectively, "Verint"), and Defendant, Red Box Recorders Limited ("Red Box"), are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Verint, on its own accord and independent of Red Box, reserves its right to appeal the Court's January 4, 2016 Opinion and Order (Dkt. No. 34) invalidating certain claims of the patents-in-suit.

Dated: February 16, 2017
       New York, New York

| **FOX ROTHSCHILD LLP** | **ALSTON & BIRD LLP** |
|---|---|
| *[signature]* | *[signature]* |
| By: Ernest Edward Badway, Esq.<br>Attorneys for Plaintiffs<br>Verint Systems Inc. and<br>Verint Americas Inc.<br>100 Park Avenue, - Suite 1500<br>New York, New York 10017<br>Telephone: (212) 878-7900<br>Fax: (212) 692-0940<br>ebadway@foxrothschild.com | By: Deepro J. Mukerjee, Esq.<br>Attorneys for Defendant<br>Red Box Recorders Limited<br>90 Park Avenue, 15th Floor<br>New York, NY 10016<br>(212) 210-9400<br>(212) 210-9444 (Fax)<br>Deepro.Mukerjee@alston.com |

**So Ordered.**

_____
Hon. Katherine B. Forrest, U.S.D.J.

2/16/17         JS

*All dates are adjourned. The Clerk of Court is directed to terminate this action. (KBF)*